IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LOLA ROSS, | § | |
| | § | |
| Plaintiff; | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-00391 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT HOME DEPOT U.S.A., INC.'S
NOTICE OF REMOVAL AND BRIEF IN SUPPORT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Defendant HOME DEPOT U.S.A., INC. ("Defendant" or "The Home Depot"), and files this Notice of Removal under 28 U.S.C. § 1441(c) and Brief in Support:

**I.
STATEMENT OF GROUNDS FOR REMOVAL**

1. Plaintiff filed this lawsuit in the District Court, 149th Judicial District, of Brazoria County, Texas, in Cause No. 125621-CV styled "*Lola Ross v. Home Depot U.S.A., Inc.*". A true and correct copy of the Original Petition is attached as Exhibit A-2.

2. Plaintiff sued The Home Depot alleging negligence, gross negligence, and malice arising out of a workplace injury allegedly suffered by Plaintiff while employed by The Home Depot.

3. The Home Depot was served with Plaintiff's Original Petition on November 13, 2023.

4. The Home Depot files this removal within 30 days after the receipt of Plaintiff's Original Petition, as required by 28 U.S.C. 1446(b)(1).

5. Prior to removal, The Home Depot filed its Original Answer on November 29, 2023, in the state court action, a true and correct copy of which is attached hereto as Exhibit A-4.

6. The state court action is one over which this Court has original jurisdiction under the provisions of 28 USC § 1332 and may be removed to this Court pursuant 28 USC § 1332 because there is complete diversity between the parties. 28 USC § 1332(a); *Johnson v. Columbia Props. Anchorage, L.P.*, 437 F.3d 894, 899-900 (9th Cir. 2006). Additionally, the amount in controversy exceeds $75,000, excluding interest and costs. 28 USC § 1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).

7. Defendant denies Plaintiff's claims.

8. As required by 28 U.S.C. § 1446(a), true and correct copies of the following documents are being filed with this Notice of Removal and are incorporated herein at length:

| Exhibit: | Description of Exhibit: |
|---|---|
| **Exhibit A** | **Index of Pleadings;** |
| **Exhibit A-1** | **State Court Docket Sheet;** |
| **Exhibit A-2** | **Plaintiff's Original Petition;** |
| **Exhibit A-3** | **Citation and Affidavit of Service for Defendant Home Depot U.S.A., Inc.;** |
| **Exhibit A-4** | **Defendant Home Depot U.S.A. Inc.'s Original Answer;** |
| **Exhibit A-5** | **Notice of Filing of Notice of Removal (to be filed after this Notice of Removal is filed); and** |
| **Exhibit B** | **List of All Counsel of Record.** |

## II.
### DIVERSITY OF CITIZENSHIP

9. Plaintiff is an individual residing in and a citizen of Texas. Ex. A-2 at p. 1.

10. Defendant The Home Depot is a foreign corporation incorporated in Delaware and has its principal place of business in Fulton County, Georgia. Accordingly, Defendant has at all relevant times been a citizen of Delaware and Georgia.

11. Plaintiff is a citizen of Texas; The Home Depot is a citizen of Delaware and Georgia. Thus, at both the time of filing the original action in state court and at the time of this removal, complete diversity of citizenship has existed among the parties. Removal is proper. 28 USC §1332(a).

### III.
### AMOUNT IN CONTROVERSY

12. The Home Depot would show that the Court has diversity jurisdiction over this matter as there is complete diversity of citizenship between the parties and the monetary relief sought by Plaintiff exceeds the minimum jurisdictional amount of $75,000.

13. Plaintiff alleges in her Original Petition that she "seeks only monetary relief of $250,000.00 or more, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs." Ex. A-2 at p. 1. Based on the pleadings, it is apparent that the amount in controversy in this matter is in excess of $75,000.

### IV.
### PROCEDURAL REQUIREMENTS FOR REMOVAL

14. Pursuant to 28 U.S.C. §§ 1441 and 1446, this Notice of Removal is timely, it being filed no more than thirty (30) days after service on The Home Depot.

15. The United States District Court for the Southern District of Texas, Galveston Division encompasses Brazoria County, the county in which the state court proceeding is now pending. Therefore, venue in this Court is proper pursuant to 28 U.S.C. § 1441(a).

16. There are no other proper defendants to this action.

17. In accordance with 28 U.S.C. § 1446(a), filed herewith as Exhibits A-1 through A-4 are copies of all process and pleadings from the state court proceedings.

18. Promptly after notice of this removal is filed, written notice hereof will be given to Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of Court for the District Court, 149th Judicial District, of Brazoria County, Texas, to effect the removal of the civil action to this Honorable Court as provided by law. The Notice of Filing of Notice of Removal to be filed in the State Court Proceeding is attached hereto as Exhibit A-5.

19. The Home Depot specifically reserves the right to amend or supplement this Notice of Removal.

20. By virtue of this removal, The Home Depot does not waive its rights to assert any jurisdictional defenses or other defenses or motions, including motions pursuant to Rules 9 and 12 of the FEDERAL RULES OF CIVIL PROCEDURE.

WHEREFORE, PREMISES CONSIDERED, Defendant HOME DEPOT U.S.A., INC. prays the Court remove the case styled "*Lola Ross v. Home Depot U.S.A., Inc.*" bearing Cause No. 125621-CV, pending in the District Court, 149th Judicial District, of Brazoria County, Texas, to the United States District Court, Southern District of Texas, Galveston Division and for such other and further relief to which it is justly entitled.

Respectfully Submitted,

/s/ Chad L. Farrar
By: Chad L. Farrar, Texas Bar No. 00793716
C. Brett Stecklein, Texas Bar No. 00794688
Katie P. Harrison, Texas Bar No. 24062767
Caleb Vinson, Texas Bar No. 24125441
MULLIN HOARD & BROWN, L.L.P.
2515 McKinney Ave., Suite 900
Dallas, Texas 75201
Telephone:   (214) 754-0040
Facsimile:   (214) 754-0043
cfarrar@mhba.com

bstecklein@mhba.com
kharrison@mhba.com
cvinson@mhba.com

*Attorneys for Defendant Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 12th day of December, 2023, a true and correct copy of the foregoing was served by email and ECF addressed to:

**Via Email and e-filing**
Keivan Shahabi Romero
2636 South Loop West, Suite 300
Houston, Texas 77054

/s/ Chad L. Farrar
Chad L. Farrar