United States District Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| LOLA ROSS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-391 |
| HOME DEPOT, USA, INC., | § § § | |
| Defendant. | § | |

# **FINAL JUDGMENT**

Pursuant to the court's order, Dkt. 25, entered in this case granting the defendant's motion for summary judgment, Dkt. 15, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 24th day of April, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE